**RICHARD A. BESHWATE, JR. 179782**
ATTORNEY AT LAW
1330 L STREET, SUITE D
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 266-5000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>LUZ CORBERA-SALAZAR,<br><br>           Defendant | Case No.:  1:24CR00128<br><br><br>MOTION TO TERMINATE CJA<br>APPOINTMENT OF COUNSEL |

On June 13, 2024, Ms. LUZ CORBERA-SALAZAR was indicted, Doc. 35. I was appointed to represent Ms. CORBERA-SALAZAR that same day. On December 19, 2024, pursuant to a plea agreement, MS. CORBERA-SALAZAR entered a guilty plea, Doc.213.  On March 31, 2025.  Ms. CORBERA-SALAZAR was sentenced by the Court, Doc. 251. The time for the filing of an appeal ran on April 15, 2023 and no appeal was filed. Having completed his representation of MS. CORBERA-SALAZAR, CJA Attorney, Richard A. Beshwate, Jr. now moves to terminate his appointment under the Criminal Justice Act.

MOTION TO TERMINATE CJA APPOINTMENT OF COUNSEL - 1

Should Ms. CORBERA-SALAZAR require further legal representation She may contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA. 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll free).

If appropriate, that office will arrange for appointment of counsel to represent her

May 2, 2025

/s/Richard A. Beshwate, Jr.
Richard A. Beshwate, Jr.
Attorney for Mr. CORBERA-SALAZAR.

MOTION TO TERMINATE CJA APPOINTMENT OF COUNSEL - 2

ORDER

Since CJA counsel Richard A. Beshwate, Jr. has completed the services for which he was appointed the Court hereby grants counsel's motion to terminate his appointment as counsel for LUZ CORBERA-SALAZAR.

The Clerk of Court is directed to serve a copy of this order on LUZ MARIA CORBERA SALAZAR  20258-511, at the following address:    MDC Los Angeles, 535 N ALAMEDA STREET, LOS ANGELES, CA   90012

IT IS SO ORDERED.

Dated: May 5, 2025

_____
UNITED STATES DISTRICT JUDGE

MOTION TO TERMINATE CJA APPOINTMENT OF COUNSEL - 3