UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:24-CR-00128-17 JLT-SKO |
| Plaintiff, | ) | **ORDER APPOINTING COUNSEL** |
| vs. | ) | |
| LUZ MARIA CORBERA SALAZAR, | ) | |
| Defendant. | ) | |

The Defendant has satisfied this Court that she is financially unable to obtain counsel and wishes the Court to appoint her counsel to represent her on her motion for compassionate release. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS** that Brian McComas be appointed to represent the above defendant in this case effective *nunc pro tunc* to February 20, 2026, substituting the Federal Defenders Office appointed per G.O. 595.

IT IS SO ORDERED.

Dated:    **February 28, 2026**

UNITED STATES DISTRICT JUDGE